IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT COURT OF WASHINGTON

In re:

**ROBERT A. SMITH & REBECCA L. SMITH**

Debtors.

In Chapter 7 Proceeding
NO. **16-43045-BDL**

**Order Reopening Case & Avoiding Judgment Lien**

IT IS ORDERED AS FOLLOWS that the above referenced case is reopened and the judgment liens of the following creditors are declared null and void with respect to the property commonly known as **1405 S 8th Ave., Kelso, WA 98626** as follows:

(A) Western Collection Bureau, Inc. vs. Robert A. Smith and Rebecca Smith in the approximate amount of $1331.40 recorded on November 8, 2010 in the District Court of the State of Washington for Cowlitz County case number 10C1799;

(B) Ray Klein Inc., dba Professional Credit Service vs. Robert A Smith and Rebecca L Smith in the approximate amount of $2341.20 recorded on June 3, 2015 in the District Court of the State of Washington for Cowlitz County under case number 15C0427; and

(C) Armada Corp. vs Bob A Smith and Rebecca Smith in the approximate amount of $5043.12 recorded on October 9, 2014 in the District Court of the State of Washington for Cowlitz County under the case number 14C1591.

/// end of order///

Presented by:
/s/ Ellen Ann Brown
**Ellen Ann Brown** WSBA 27992
Attorney for Debtor(s)

BROWN AND SEELYE
1700 Cooper Point Rd SW #C5
Olympia, WA 98502
888-873-1958